Magistrate Judge Mary Alice Theiler

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 29 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TROY DEACON BURNS,<br><br>Defendant. | CASE NO. MJ15-342<br><br>COMPLAINT for VIOLATION<br>Title 18, U.S.C. Sections 249(a)(2) |

BEFORE, Mary Alice Theiler, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

**(Commission of a Hate Crime)**

On or about January 25, 2015, at Seattle, within the Western District of Washington, TROY DEACON BURNS did willfully attempt to cause bodily injury to J.O. through the use of a dangerous weapon, to wit: a knife, which had traveled in interstate and foreign commerce, because of J.O.'s actual and perceived sexual orientation.

All in violation of Title 18, United States Code, Section 249(a)(2).

COMPLAINT/BURNS- 1
Case No. 2015R00298

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

And the complainant states that this Complaint is based on the following information:

1. I, Matthew Yeager, am currently employed as a Special Agent with the Federal Bureau of Investigations (FBI). I joined the FBI in 2008 and am currently assigned to the Joint Terrorism Task Force. I have a juris doctorate degree from the Florida State University College of Law. Prior to working for the FBI I worked as an attorney for the 2nd Judicial Circuit of Florida. In my current capacity, I am responsible for investigating a variety of federal crimes including civil rights violations.

2. The information contained herein is based upon my own personal knowledge, information provided to me by other law enforcement officers, my review of police reports, investigation conducted by others, and information related to me by others with personal knowledge of this investigation. I have also participated in conducting background investigations, including criminal histories, pertaining to the investigation for the offense described above. As a result, I am familiar with all aspects of this investigation. I have not included each and every facet known to me concerning this investigation but only those facts pertinent to establish probable cause that TROY BURNS committed a federal hate crime in violation of Title 18, United States Code, Section 249(a)(2).

3. On January 25, 2015, at approximately 12:30 am, J.O, M.W., and D.T., who are gay, were walking on East Pike Street toward Broadway in the Capitol Hill neighborhood of Seattle, Washington. As they crossed the street, they heard someone yell "f_cking faggots." When the men turned around they saw the defendant, TROY DEACON BURNS, standing about ten feet behind them. BURNS was in an agitated state and looked at the men in a menacing manner. BURNS made eye contact with them and repeated the slur yelling "Yes, f_cking faggots." J.O., M.W., and D.T. noticed that BURNS was holding a knife at his waist level. D.T. overheard BURNS say "I'll fucking stab you." BURNS then flipped the hood of his sweatshirt over his head, raised the knife so it was in a stabbing position, and ran toward the three men.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Fearing for their safety, J.O., M.W., and D.T., took off running. M.W. was ahead of J.O. When he looked back, he saw BURNS run up behind J.O. with the knife in a stabbing position and heard him say "I'll stab you in the back of the neck, you fat faggot." M.W. ran back and pulled J.O. away from BURNS.

5. D.T. ran toward Broadway and to two Seattle Police officers, Vaughn McKee and Mika Harmon. D.T. frantically told the officers that they were being attacked by a man with a knife. The officers saw BURNS chasing J.O. The officers drew their weapons and told BURNS to get on the ground. Upon seeing the officers, BURNS immediately put the knife away in his pocket and began walking toward the officers stating that he had not done anything.

6. The officers arrested BURNS. During the arrest, BURNS denied having a knife or having done anything wrong. When the officers searched BURNS incident to arrest, they recovered a spring assisted pocket knife with a three inch blade. The knife was manufactured by Kershaw.

7. J.O., M.W., and D.T. were extremely scared as a result of the incident. They stated they had never seen or had any interaction with BURNS prior to the attack. Based upon BURNS' slurs toward them and the lack of any other motive, they believed that BURNS attacked them because they were gay.

8. The officers noted that BURNS was intoxicated and/or under the influence of a substance but was coherent and appeared oriented. While inside the police vehicle, BURNS remained agitated and yelled out "faggots." The victims were standing nearby when BURNS yelled out the slur.

9. BURNS was advised of his *Miranda* rights and then transported to the precinct to be booked. While at the precinct, BURNS agreed to speak with the officers. He denied attacking the victims and claimed that he had come to Capitol Hill to help a friend sell methamphetamine. He also stated that after seeing his friend in a fight he left him and was then arrested.

COMPLAINT/BURNS- 3
Case No. 2015R00298

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. The knife that BURNS used in the attack was manufactured outside the State of Washington and therefore travelled in interstate commerce prior to BURNS using it to attack the victims.

Based on the above facts, I respectfully submit that there is probable cause to believe that TROY DEACON BURNS did willfully attempt to injure J.O, M.W., and D.T. because of their sexual orientation, in violation of Title 18, United States Code, Section 249(a)(2).

MATTHEW YEAGER, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant(s) committed the offense set forth in the Complaint.

Dated this 29 day of July, 2015.

MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT/BURNS- 4
Case No. 2015R00298

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970