UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15- 263 JLR |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| TROY BURNS, | ) | |
| Defendant. | ) | |

Offense charged: Committing a Hate Crime (one count)

Date of Detention Hearing:   August 7, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has entered a plea of guilty, and is scheduled for sentencing. 18 U.S.C. ¶ 3143(a) therefore controls the issue of his release or detention.

(2) Defendant has entered his guilty plea to a crime of violence, as defined in 18 U.S.C. ¶ 3156(a)(4). Defendant has made no showing which meets the standards of ¶ 3143 (a) (1) or (a) (2). Nor has he shown "exceptional circumstances" as required by ¶ 3145(c).

(3) He has frequently failed to appear for court appearances, resulting in the issuance of many bench warrants.

(4) Defendant has mental health issues with PTSD and depression. These conditions are not being effectively treated. He attempted suicide on two occasions.

(5) He uses heroin, marijuana and prescription opiates, and abuses alcohol. He admits that his use of each of these substances is "an issue." He has also used cocaine and methamphetamine this year.

(6) His criminal record includes convictions for assault in 1996 and 2007.

(7) He advised the Pretrial Services Officer that he has been unemployed since 2012.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. Defendant's counsel may move to re-open this order when and if this case remains pending at such time as defendant is released from state imprisonment; and

5. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of August, 2015.

John L. Weinberg
United States Magistrate Judge