Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY DEACON BURNS,<br><br>Defendant. | NO. CR15-0263JLR<br><br>ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION OF RELEASE ON BOND |

The Court being familiar with the records and files herein, and having reviewed the defendant, Troy Deacon Burns' motion for reconsideration of release on bond and the government's response, orders the following:

The Court grants the defendant's motion for reconsideration of release on bond.

The Court further orders that the defendant be released from custody on the condition that he reside in and satisfactorily participate in a residential reentry center program for up to 120 days or until discharged by the Program Manager or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee. The defendant shall also abide by all of the standard and special conditions of his supervised release that have been previously imposed.

\\

ORDER/BURNS - 1
CR15-00263JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   At the request of the parties, the Court continues the supervised release hearing
2   currently scheduled for August 11, 2017, to September 12, 2017, at 9:30 a.m.
3   Dated this 26th day of July, 2017.

_____
JAMES L. ROBART
United States District Judge

Presented by:

_____
BRUCE F. MIYAKE
Assistant United States Attorney

ORDER/BURNS - 2
CR15-00263JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970