PROB 12A
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Troy Burns  **Case Number:** 2:15CR00263-1
**Name of Judicial Officer:** The Honorable James L. Robart, United States District Judge
**Date of Original Sentence:** 11/09/2015  **Date of Report:** 08/16/2019
**Original Offense:** Commission of a Hate Crime
**Original Sentence:** 30 months incarceration; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 04/04/2017
**Special Conditions Imposed:**

☒ Substance Abuse   ☐ Financial Disclosure   ☐ Restitution:
☒ Mental Health    ☐ Fine            ☐ Community Service
☒ Other: Submit to search; geographic restrictions; urine testing; Moral Reconation Therapy

## NONCOMPLIANCE SUMMARY

I allege Troy Burns has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using marijuana on or about the following dates, in violation of a special condition of supervised release.<br>• April 14, 2019<br>• July 23, 20129 |

United States Probation Officer Action:

On April 22, 2019, Mr. Burns admitted relapsing on marijuana and signed an admission of drug use form to that effect. That day, his counselor increased his group attendance. She also increased the frequency of his urinalysis testing and directed him to participate in sober support meetings. He was verbally reprimanded and directed to abide by the revised treatment plan.

On July 23, 2019, Mr. Burns admitted to relapsing on marijuana. I verbally reprimanded him and directed him to report the drug use to his counselor and comply with any treatment modifications. The following day, his counselor increased his group attendance, drug testing frequency, and sober support meetings. As of the date of this report, he has complied with the treatment plan and a quantitative analysis reflects that his marijuana levels of use have continued to decrease.

I have notified the Assistant United States Attorney and they concur with the recommendation.

I respectfully recommend the Court endorse my actions.

The Honorable James L. Robart, United States District Judge  Page 2
Report on Offender Under Supervision  August 16, 2019

I swear under penalty of perjury that the  APPROVED:
foregoing is true and correct.  Connie Smith
  Chief United States Probation and Pretrial Services Officer

Executed on this 16th day of August, 2019.  BY:

_____  _____
Timisha Gilbert  Brian Johnson
United States Probation Officer  Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

19 August 2019
Date